UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                        Case No. 3:21-cr-97

vs.

DAMARQUIS DIXON,                  District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 34)**

---

    This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 34.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in count one of the Information, which charges him with conspiracy to possess with intent to distribute fentanyl in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 846.  Doc. No. 34.  The Court will defer the decision of whether to accept the plea agreement until Defendant's sentencing hearing on **January 18, 2022 at 11:00 AM**.

    **IT IS SO ORDERED.**

October 20, 2021                                            s/Michael J. Newman
                                                                   Hon. Michael J. Newman
                                                                   United States District Judge